MICHAEL D. BURLESON V. STATE OF TEXAS

07-00-0384-CR  

 IN THE COURT OF APPEALS  

 

FOR THE SEVENTH DISTRICT OF TEXAS  

 

AT AMARILLO  

 

PANEL D  

 

 SEPTEMBER 11, 2000,  

______________________________  

 

MICHAEL D. BURLESON,  

 

                 Appellant 

 

 v.  

 

THE STATE OF TEXAS,  

 

                 Appellee 

_________________________________  

 

FROM THE COUNTY COURT AT LAW NO. TWO OF LUBBOCK COUNTY;  

 

 NO. 98-459,270; HON. DRUE FARMER, PRESIDING  

_______________________________  

 

ON APPELLANT’S MOTION TO DISMISS
  

________________________________  

 

Before BOYD, C.J., and QUINN and REAVIS, JJ. 

Pending before the court is the motion of Michael Burleson (appellant) to withdraw his notice of appeal.  The motion has been filed before we have rendered a decision in this case.  Furthermore, it is signed by his counsel of record.  Because all the conditions prerequisite to the voluntary dismissal of the appeal have been met, we grant the motion.

Accordingly, the appeal is dismissed pursuant to Texas Rule of Appellate Procedure 42.2(a).  Because the proceeding has been voluntarily dismissed at the request of the appellant, we will entertain no motion for rehearing, and our mandate shall issue forthwith. 

 

                                                Per Curiam 

 

Do not publish.